United States District Court
Southern District of Texas
FILED
JUN 2 1 2005
TDH
Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED
JUN 2 3 2005  BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. L-05-CR-1033 |
| | § | |
| Gerardo Fernando Chapa | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 9, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE